## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES OWENS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 13-530-SCW |
| | ) |
| ILLINOIS DEPARTMENT OF | ) |
| CORRECTIONS, S. A. GODINEZ, GLADYSE | ) |
| C. TAYLOR, MICHAEL RANDLE, ROGER E. | ) |
| WALKER, BRIAN FAIRCHILD, GINA | ) |
| ALLEN, SHERRY BENTON, T. ANDERSON, | ) |
| JACKIE MILLER, JOHN D. EVANS, RANDY | ) |
| DAVIS, UNKNOWN PARTY CLOTHING | ) |
| ROOM SUPERVISOR BIG MUDDY RIVER | ) |
| CC,K. DEAN, MIKE SANDERS, GRAY L. | ) |
| PAMPEL, JEFFERSON, MILLER, LISA | ) |
| ASBURY, LUTZ, FRITTZ, UNKNOWN | ) |
| PARTY 2 COUNSELOR and UNKNOWN | ) |
| PARTY 3 WARDEN OF HILL CC, | ) |
| Defendant(s). | |

### JUDGMENT IN A CIVIL CASE

Defendant Illinois Department of Corrections was dismissed on July 1, 2013 by an Order entered by Chief Judge Michael J. Reagan (Doc. 8).

Defendants Gladyse C. Taylor, Michael P Randle, Roger E. Walker, Brian Fairchild, Gina Allen, Sherry Benton, T. Anderson, Jackie Miller, were dismissed without prejudice on July 1, 2013 by an Order entered by Chief Judge Michael J. Reagan (Doc. 8).

Defendants John D. Evans, Unknown Party Clothing Room Supervisor, Big Muddy River CC, Mike Sanders, Gray L. Pampel, Jefferson, Miller, Lisa Asbury, Unknown Party 2 Counselor and Unknown Party 3 Warden of Hill CC were dismissed with prejudice on March 14, 2014 by an Order entered by Chief Judge Michael J. Reagan (Doc. 50).

Defendants S. A. Godinez, Randy Davis, K. Dean, Lutz and Frittz were granted

summary judgment on October 22, 2015 by an Order entered by Magistrate Judge Stephen C. Williams (Doc. 89).

**THEREFORE**, judgment is entered in favor of Defendants **ILLINOIS DEPARTMENT OF CORRECTIONS, S. A. GODINEZ, GLADYSE C. TAYLOR, MICHAEL RANDLE, ROGER E. WALKER, BRIAN FAIRCHILD, GINA ALLEN, SHERRY BENTON, T. ANDERSON, JACKIE MILLER, JOHN D. EVANS, RANDY DAVIS, UNKNOWN PARTY CLOTHING ROOM SUPERVISOR BIG MUDDY RIVER CC, K. DEAN, MIKE SANDERS, GRAY L. PAMPEL, JEFFERSON, MILLER, LISA ASBURY, LUTZ, FRITTZ, UNKNOWN PARTY 2 COUNSELOR** and **UNKNOWN PARTY 3 WARDEN OF HILL CC** and against Plaintiff **JAMES OWENS**.

Plaintiff shall take nothing from this action.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.   These deadlines for motions under Rule 59 cannot be extended by the Court.   The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.   This period can only be extended if excusable neglect or good cause is shown.

**DATED** this 23rd day of October, 2015

**JUSTINE FLANAGAN, ACTING CLERK**

BY: */s/ Angela Vehlewald*
     **Deputy Clerk**

**Approved by**   */s/ Stephen C. Williams*
     **United States Magistrate Judge**
     **Stephen C. Williams**